```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23270
   DENISE RICHARDSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-1107


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/03/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              466.60           .00            .00
CITY OF CHICAGO           NOTICE ONLY       NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     10071.18           .00            .00
CASHCALL INC              UNSECURED          2371.98           .00            .00
CHICAGO STATE UNIVERSITY  NOTICE ONLY       NOT FILED           .00            .00
UNIVERSITY OF IL AT CHIC  UNSECURED         NOT FILED           .00            .00
FINGERHUT CORP            NOTICE ONLY       NOT FILED           .00            .00
FINGERHUT DIRECT MARKETI  UNSECURED           120.48           .00            .00
FIRST HOME HEALTH CARE S  UNSECURED            52.50           .00            .00
HSBC ORCHARD BANK         NOTICE ONLY       NOT FILED           .00            .00
HSBC CARD SVC             UNSECURED         NOT FILED           .00            .00
INOVISION                 UNSECURED         NOT FILED           .00            .00
INOVISION                 NOTICE ONLY       NOT FILED           .00            .00
LEGACY VISA               UNSECURED         NOT FILED           .00            .00
NORTHWESTERN MED FACULTY  UNSECURED           896.89           .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED           .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED           .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED           .00            .00
PAYDAY LOAN SERVICE       UNSECURED         NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1384.97           .00            .00
FOURSCORE RESOURCE CAPIT  UNSECURED           530.42           .00            .00
SALUTE                    UNSECURED         NOT FILED           .00            .00
SPRINT PCS                UNSECURED         NOT FILED           .00            .00
TCF FINANCIAL SERVICES    UNSECURED         NOT FILED           .00            .00
VERIZON                   UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I         .00             .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED           360.00           .00            .00
ARROW FINANCIAL SERVICES  UNSECURED           397.41           .00            .00
ROUNDUP FUNDING LLC       UNSECURED           373.22           .00            .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 23270 DENISE RICHARDSON
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------       ---------------
TOTALS                        .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/05/09         _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 23270 DENISE RICHARDSON